**Ruth A. EBNER–CUPPLES, Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Appellee.**

**No. 07–1602.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 23, 2008.

Filed: Aug. 5, 2008.

Ruth A. Ebner–Cupples, St. Peters, MO, pro se.

Wesley Dennis Wedemeyer, U.S. Attorney's Office, St. Louis, MO, Michelle A. Windmueller, U.S. Postal Service Office of Labor Law, Washington, DC, for Appellee.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Ruth A. Ebner–Cupples appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. After reviewing the record de novo, viewing the evidence and all reason-

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

able inferences from it in a light most favorable to Ebner–Cupples, *see Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we deny her motions to supplement the record and we affirm. *See* 8th Cir. R. 47B.